AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-2880

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Microsoft Corporation__
was received by me on *(date)* __4/20/16__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kevin Vohnoutka__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Microsoft Corporation__ on *(date)* __4/20/16__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/21/16__

_____
*Server's signature*

Christopher Warner
*Printed name and title*

Albany, NY
*Server's address*

Additional information regarding attempted service, etc: