**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | No. 16-CV-2880-LTS-SN |

### PLAINTIFF'S DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS TO DEFENDANT MICROSOFT CORPORATION

Pursuant to LPR 6 and Pre-Trial Scheduling Order No. 1 (D.I. 32) (and N.D. Cal. LPR 3-1 and 3-2, as incorporated therein), Plaintiff, Michael Philip Kaufman ("Kaufman"), through the undersigned counsel, hereby submits his Disclosure of Asserted Claims and Infringement Contentions to Defendant Microsoft Corporation ("Microsoft"), by service upon its counsel.

Kaufman is asserting claims 1-5 of Patent No. 7,885,981 (the "'981 Patent") against Microsoft's ASP.NET Dynamic Data software ("Dynamic Data"). The attached chart identifies specifically where each limitation of each asserted claim is found within Dynamic Data. Microsoft is accused of infringing each of claims 1-5 pursuant to 35 U.S.C. §§ 271(a)-(b) and claims 1-4 pursuant to 35 U.S.C. § 271(c). This is further outlined within the chart. All limitations are literally present.

The priority date to which each of claims 1-5 are entitled is October 31, 2000.

Pursuant to N.D. Cal. LPR 3-1(g), Kaufman asserts that the Schemalive product practices each of claims 1-5.

Pursuant to N.D. Cal. LPR 3-1(h), Kaufman has alleged that Microsoft's infringement of the '981 Patent is willful.  The bases for this allegation are detailed in the Complaint (D.I. 1 ¶¶ 64-67).  Kaufman notes that discovery is just now beginning.  To the extent that discovery yields further information relevant to willfulness, Kaufman reserves the right to rely on such information.

Pursuant to N.D. Cal. LPR 3-2(a)-(b), the parties are finalizing the terms of the proposed confidentiality order.  Kaufman will produce responsive documents as soon as practicable after that order is finalized.

Documents responsive to N.D. Cal. LPR 3-2(c) can be found at Bates Nos. MPK45-395. Documents responsive to N.D. Cal. LPR 3-2(d) can be found at Bates Nos. MPK33-35.  For N.D. Cal. LPR 3-2(e), information sufficient to show the operation of the instrumentality identified above for N.D. Cal. LPR 3-1(g) is contained within the disclosure of the '981 Patent, including the code therein.

Plaintiff reserves the right to amend these contentions, and to produce and/or rely upon additional documents in support of infringement contentions located through discovery.

Dated:  August 23, 2016

_____

Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7100

*Attorneys for Plaintiff*
*Michael Philip Kaufman*

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| 1. A method for operating a server comprising | 1.1 | "ASP.NET Dynamic Data lets you create extensible data-driven Web applications"<br>Source: ASP.NET Dynamic Data Overview, available at: https://msdn.microsoft.com/en-us/library/ee845452(v=VS.100).aspx (hereinafter "Dynamic Data Overview")<br><br>*Web applications require servers to function.*<br><br>*Microsoft itself, through its internal use of Dynamic Data in developing software for itself and its customers, performs the method of Claim 1, and further induces users to use the method by providing Dynamic Data and promoting its use. The direct infringement in such a case of induced infringement by Microsoft is the user's performing the method of Claim 1 by using Dynamic Data. Microsoft further contributes to the infringement of Claim 1 by providing the ASP.NET Dynamic Data software module to users. Microsoft supplies components containing such software modules in the form of tangible media including but not limited to compact discs and DVDs containing the Accused Products, as well as downloads, in which Microsoft makes a server-side tangible copy of Accused Products available for users to copy onto their own tangible media via download, as a result of which the users then have the patented systems for use in practicing the patented processes.* |
| a processor for automatically generating an end-user interface for working with the data within a relational database | 1.2 | "Dynamic Data...automatically generate[s] Web pages for each table in the database. Scaffolding lets you create a functional Web site for viewing and editing data based on the schema of the data."<br>Source: Dynamic Data Overview.<br><br>*Example Dynamic Data screen shot*<br><br> |
| defined within a relational DBMS whose data is stored in machine-readable media and which is accessible to said server, | 1.3 | Dynamic Data uses either the "LINQ to SQL" model or the "ADO.NET Entity Framework" model to create a data model from a connected database.<br>Source: Walkthrough: Creating a New Dynamic Data Web Site Using Scaffolding, available at https://msdn.microsoft.com/en-us/library/cc488469.aspx (hereinafter "Walkthrough")<br><br>"In LINQ to SQL, the data model of a relational database is mapped to an object model expressed in the programming language of the developer."<br>Source: LINQ to SQL, available at https://msdn.microsoft.com/en-us/library/bb386976.aspx<br><br>"Entity Framework (EF) is an object-relational mapper that enables .NET developers to work with relational data using domain-specific objects."<br>Source: Entity Framework, available at https://msdn.microsoft.com/en-us/data/ef |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| wherein said relational database comprises a plurality of tables, constraints and relationships stored in said DBMS in accordance with a data model comprising said tables and their column-complements and datatypes, said constraints, and the relationships across said tables, and | 1.4 | "The data layer contains a model that represents the entities in a database and how these entities relate to each other.<br><br>. . .<br><br>At run time, Dynamic Data automatically extracts metadata information from the data model, such as data field properties. From this information, it infers how to create UI for displaying and editing data. To render the UI, it uses the following information:<br><br>● Information about associations between tables is used to display foreign-key columns and to support navigation between tables.<br><br>● Data-type information is used to add validation and to select the appropriate field templates for a data field. For example, information about columns that allow null values can be used to determine whether a data field is required. Length information can be used to restrict the maximum length of user's text input. The data type of a field is used to determine which field template to use to render the UI for that field."<br>Source: ASP.NET Dynamic Data Layer Customization, available at <u>https://msdn.microsoft.com/en-us/library/ee225428.aspx</u> (hereinafter "Dynamic Data Layer Customization") |
| wherein said relational database may be of any arbitrary size or complexity, said method comprising | 1.5 | *There are no stated limitations on the size or complexity of supported databases in any Dynamic Data documentation.* |
| (a) providing an output stream from said server, for user display and input devices, | 1.6 | *ASP.NET Dynamic Data delivers a Web application (see Dynamic Data Overview), which incorporates an output stream (i.e., HTML over HTTP, from the web server to a web-browser client).* |
| defining a user interface paradigm comprising a set of modes for interacting with a given database table, | 1.7 | *The Dynamic Data user interface includes a set of modes for interacting with database tables:*<br><br>"*Scaffolding* refers to the Dynamic Data elements that automatically generate Web pages for each table in a database. These auto-generated Web pages provide create, read, update and delete (CRUD) operations for each table.<br>. . .<br>Functional pages are generated automatically and include database CRUD capabilities"<br>Source: ASP.NET Dynamic Data Scaffolding, available at:  <u>https://msdn.microsoft.com/en-us/library/ee377606(v=vs.100).aspx</u> (hereinafter "Dynamic Data Scaffolding") |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| said modes comprising create, retrieve, update and delete, | 1.8 | "Dynamic Data uses page templates to display tables and to provide CRUD capabilities."<br>Source: Dynamic Data Scaffolding<br><br>"Page templates are Web pages that render data from any table in the database.  Dynamic Data includes page templates for different views of data"<br>Source: Dynamic Data Overview<br><br>"The following table lists the default page templates provided by Dynamic Data. |

| Page Template | Description |
|---|---|
| Details.aspx | Provides a detailed view of a single row in the database. This is the default template for select operations. It uses a DetailsView control to display the data. |
| Edit.aspx | Provides a page that lets users edit a single row of a database table. This is the default template for edit operations. It uses a DetailsView control. |
| Insert.aspx | Provides a page that lets users insert a single row into a database table. This is the default template used for insert operations. It uses a DetailsView control. |
| List.aspx | Displays a list of rows from a database table. This is the default template that is used for displaying a table. This template provides DropDownList controls that let users filter data, sort, and page. It uses a GridView control. |
| ListDetails.aspx | Displays a list of rows from a database table. The template lets users filter data, sort, and page. The template uses a GridView control for the list of rows and uses a DetailsView control for the selected row to let users insert a new record.<br><br>This template presents all-in-one functionality. Dynamic Data does not use it by default. You can change the configuration in the Global.aspx file to use this template instead of using individual templates (such as List.aspx and Edit.aspx) for different operations. |

"
Source: Dynamic Data Scaffolding

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| and a corresponding display format for each mode; | 1.9 | "Dynamic Data uses page templates to display tables and to provide CRUD capabilities."<br>Source: Dynamic Data Scaffolding<br><br>*See description of default displays above.  The below provides non-exhaustive examples of mode displays.  Modes are discussed in further depth in relation to Ref. 1.15.*<br><br> |

| and a corresponding display format for each mode; | 1.9 Cont. | **"Retrieve" and "Delete" modes** - List.aspx |
|---|---|---|
| (continued) | |  |

| and a corresponding display format for each mode;<br><br>(continued) | 1.9 Cont. | An alternate configuration provides a "ListDetails" template providing access to multiple modes:<br><br>"You can change the configuration in the Global.aspx file to use this template instead of using individual templates (such as List.aspx and Edit.aspx) for different operations."<br>Source: Dynamic Data Scaffolding<br><br>**"Retrieve" mode** and **"Delete" mode** - ListDetails.aspx<br>(Includes direct access to "Create" and "Update" modes, as annotated in the discussion of **ALTERNATE CONFIGURATION** in Ref. 15 Cont., below)<br><br> |

| | | |
|---|---|---|
| (b) causing said server to scan said database and apply a body of rules to determine the table structures, constraints and relationships of said data model, and | 1.10 | "ASP.NET Dynamic Data lets you create extensible data-driven Web applications by inferring at run time the appearance and behavior of data entities from the database schema and deriving UI behavior from it." "At run time, Dynamic Data automatically extracts metadata information from the data model, such as data field properties." Source: Dynamic Data Overview |
| store representations thereof in machine-readable media accessible to said server; and | 1.11 | "As the illustrations [sic] shows, Dynamic Data architecture contains the following layers: . . . • Data layer, which contains the data model that represents the database entities as CLR [Common Language Runtime] types." Source: Dynamic Data Overview |
| (c) causing said server to use said representations to construct a corresponding client application for access through said user display and input devices, | 1.12 | "When scaffolding is enabled, ASP.NET analyzes the data model and generates Web pages dynamically based on the metadata information. These auto-generated Web pages provide CRUD capabilities for each table." Source: Dynamic Data Overview |
| wherein said client application provides a connection to said database, | 1.13 | "When scaffolding is enabled, ASP.NET analyzes the data model and generates Web pages dynamically based on the metadata information. These auto-generated Web pages provide CRUD capabilities for each table." Source: Dynamic Data Overview |
| provides displays of the table contents of said database for each of said modes in accordance with the display formats of said paradigm, | 1.14 | *See Ref. 1.9 above as to display formats.*<br><br>"Page templates are Web pages that render data from any table in the database.  Dynamic Data includes page templates for different views of data" Source: Dynamic Data Overview<br><br>"Dynamic Data uses page templates to display tables and to provide CRUD capabilities." Source: Dynamic Data Scaffolding<br><br>The user interacts with the data in tables via "predefined pages to perform CRUD operations" Source: Dynamic Data Overview |

| integrates into each said mode display processes<br><br>for representing, navigating, and managing said relationships across tables,<br><br>for selecting among said modes, and for navigating across said tables and<br><br>interacting in accordance the selected mode with the data in the tables that are reached by said navigation, | 1.15 | "At run time, Dynamic Data automatically extracts metadata information from the data model, such as data field properties. From this information, it infers how to create UI for displaying and editing data. To render the UI, it uses the following information:<br>   ●  Information about associations between tables is used to display foreign-key columns and to support navigation between tables."<br>Source: Dynamic Data Layer Customization<br><br>". . . auto-generated Web pages provide the capability to display, insert, delete, and edit data for each table"<br>Source: Walkthrough<br><br>The user interacts with the data in tables via "predefined pages to perform CRUD operations"<br>Source: Dynamic Data Overview<br><br>*This continues to work on Dynamic Data as the user navigates from table to table.* |
|---|---|---|

| 1.15 Cont. | **CREATE** *mode* – These are two images of the same screen, shown side by side, with the right-side image showing an expanded dropdown: |
|---|---|



**Select Among Modes:** Both the Insert (commit) and Cancel (rollback) links will take the user back to the Retrieve mode

**Represent:** The ProductCategory and ProductModel dropdowns describe all available entities from their (respective) foreign tables, and reference attribute data from those foreign tables to represent each entity in a more descriptive and reader-friendly form than its underlying ID number.

**Manage:** The ProductCategory and ProductModel dropdowns manage relationships across tables by restricting an inserted Product to pre-existing foreign-table entities.

| 1.15 Cont. | **RETRIEVE** and **DELETE** *modes are supported by List.aspx:* |
|---|---|



**Represent**:  The text-string "View SalesOrderDetails" on each table row represents the relationship of a Product (for a given row) to all foreign-table SalesOrderDetails rows (which are entries on sales orders) for that Product.

**Navigate**:  The "View SalesOrderDetails" hyperlink for a Product (on a given row) navigates to a Retrieve-mode display (List.aspx) for the SalesOrderDetails table, which is pre-filtered to show only records for that Product.

**Select Among Modes:**  This link allows the user to select the Create mode.

**Select Among Modes:**  This link allows the user to select the Update mode, as do the "Edit" links for the other table rows.

**Select Among Modes:**  This link allows the user to select the Delete mode, as do the "Delete" links for the other table rows.

**Represent**:  The stored data for the ProductCategory and ProductModel fields in this table are numerical IDs (or "keys") – *e.g.,* the "Road Frame" ProductCategory ID is simply "18".  The Dynamic Data code references attribute data from those foreign tables (in this case, the corresponding "Name" fields) in order to represent them in a more reader-friendly form.

**Navigate**:  The descriptive "Name" values listed in the ProductCategory and ProductModel columns are hyperlinks, which navigate to a Retrieve-mode display (Details.aspx) for the clicked-upon ProductCategory or ProductModel name.

| 1.15 Cont. | *The same List.aspx page for* **RETRIEVE** *and* **DELETE** *modes is shown with one of the dropdown lists expanded:* |



**Represent**:  The dropdowns show all ProductCategory and ProductModel values available for filtering this Retrieve-mode display, based on the corresponding "Name" attributes defined within the respective foreign tables.  As with the ProductCategory and ProductModel listings within the table itself, these names represent each entity in a more descriptive and reader-friendly form than the underlying ID numbers that are actually present in the base table (and which connect the base-table records to their foreign-table counterparts).

| | | |
|---|---|---|
| | 1.15 Cont. | **UPDATE** *mode – These are two images of the same screen, shown side by side, with the right-side image showing an expanded dropdown:*<br><br> |

| 1.15 Ctd. | *An* **ALTERNATE CONFIGURATION** *combines more modes into a single page, which undergoes mode changes when certain controls are activated.  In these several modes, the single page exhibits substantially the same attributes as discussed above with respect to Insert.aspx, List.aspx, and Edit.aspx.*<br><br>*The initial state for this combined-page configuration (which is rendered by ListDetails.aspx) is to support* **RETRIEVE** *and* **DELETE** *modes (as does List.aspx):*<br><br> |

**Represent:**  The text-string "View SalesOrderDetails" on each table row represents the relationship of a Product (for a given row) to all foreign-table SalesOrderDetails rows (which are entries on sales orders) for that Product.

**Navigate:**  The "View SalesOrderDetails" hyperlink for a Product (on a given row) navigates to a Retrieve-mode display (List.aspx) for the SalesOrderDetails table, which is pre-filtered to show only records for that Product.

**Select Among Modes:** These links allow the user to select the Delete mode, as do the "Delete" links for the other table rows.

**Select Among Modes:** These links allow the user to select the Update mode, as do the "Edit" links for the other table rows.

**Select Among Modes:** This link allows the user to select the Create mode.

**Represent:**  The stored data for the ProductCategory and ProductModel fields in this table are numerical IDs (or "keys") – *e.g.*, the "Road Frame" ProductCategory ID is simply "18".  The Dynamic Data code references attribute data from those foreign tables (in this case, the corresponding "Name" fields) in order to represent them in a more descriptive and reader-friendly form.

**Navigate:**  The descriptive "Name" values listed in the ProductCategory and ProductModel columns are hyperlinks, which navigate to a Retrieve-mode display (Details.aspx) for the clicked-upon ProductCategory or ProductModel name.

| 1.15 Cont. |  |
|---|---|

Represent:  The dropdowns show all ProductCategory and ProductModel values available for filtering this Retrieve-mode display, based on the corresponding "Name" attributes defined within the respective foreign tables.  As with the ProductCategory and ProductModel listings within the table itself, these names represent each entity in a more descriptive and reader-friendly form than the underlying ID numbers that are actually present in the base table (and which connect the base-table records to their foreign-table counterparts).



| 1.15 Cont. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

*Clicking on a "Delete" link results in the following additional display:*

| 1.15 Cont. | *Clicking on the "New" link in the record display for the selected row causes that record display to transition into **CREATE** mode.*<br><br>*The resulting display is essentially the equivalent of List.aspx above Insert.aspx:*<br><br> |
| --- | --- |

| | |
|---|---|
| 1.15<br>Cont. | *Clicking on the "Edit" link for the first item in the table causes the corresponding record display to transition into one of two* **UPDATE** *modes.  In this variant, editable fields appear for the selected row within the table itself. This display incorporates all of the same "represent", "select among modes", and "navigate" features discussed above (for the primary-configuration* **UPDATE** *mode), which will not be repeated here.  The dropdown list for ProductCategory is shown as expanded:*<br><br><br><br>*In the second of the two* **UPDATE** *modes (not shown here), as activated by clicking on the alternate "Edit" link at the bottom of the expanded single-record display), the editable fields appear in the expanded single-record display (similar to the* **CREATE**-*mode display above).*<br><br>*The resulting display is essentially the equivalent of List.aspx above Edit.aspx.* |

| while observing and enforcing relational interdependencies among data across said tables. | 1.16 | Dynamic Data "will choose the appropriate field template based on the field's type." |
|---|---|---|
| | | Foreign Key fields use a "HyperLink control that links to the associated entity in display mode, or a DropDownList control in edit mode." |
| | | Dynamic Data "[d]isplays foreign-key columns . . . using meaningful textual representations (rather than displaying a numeric id value) that are rendered as hyperlinks.  Clicking a link navigates to a scaffolded page for the parent table. In edit mode, foreign keys are rendered as drop-down lists that let a user modify the foreign-key value for that record." |
| | | Dynamic Data "[t]urns one-to-many relationship columns . . . into hyperlinks that navigate to a scaffolded page for that table." |
| | | Parent/child relationships are represented by a "HyperLink control that navigates to a page that lists the records associated with the row." |
| | | Source:  An Introduction to Dynamic Data, available at: http://devproconnections.com/net-framework/introduction-dynamic-data |
| | | An example of observing and enforcing relational interdependencies occurs when a user attempts to delete a foreign key.  The following error is displayed: |
| | |  |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| 2. The method of claim 1, further comprising | 2a | *See Ref. 1.1-16, above.*<br><br>*Microsoft itself, through its internal use of Dynamic Data in developing software for itself and its customers, performs the method of Claim 2, and further induces users to use the method by providing Dynamic Data and promoting its use.  The direct infringement in such a case of induced infringement by Microsoft is the user's performing the method of Claim 2 by using Dynamic Data.  Microsoft further contributes to the infringement of Claim 2 by providing the ASP.NET Dynamic Data software module to users.  Microsoft supplies components containing such software modules in the form of tangible media including but not limited to compact discs and DVDs containing the Accused Products, as well as downloads, in which Microsoft makes a server-side tangible copy of Accused Products available for users to copy onto their own tangible media via download, as a result of which the Users then have the patented systems for use in practicing the patented processes.* |
| incorporating within said client application components for revealing and enforcing non-relational constraints defined within said database for each individual table-column. | 2b | *Below are five pairs of screens, the left screen showing the Dynamic Data front-end, and the right showing the underlying database, in relevant part.* |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|



Width of field varies (up to a preset maximum), and input is blocked after the maximum width is reached (8 characters, in the case of "Title").

Underlying database definition for maximum-permitted-length constraint, in this case for the Title field.

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|



Using a multiline, vertically scrollable control for text fields whose length-limit exceeds a threshold

Underlying database definition for text field with vertically scrollable control, shown on the panel to the left

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|



Revealing and enforcing a required constraint (not nullable) for a field, in this case OrderQty.

Underlying database definition for required constraint (not nullable) for the OrderQty field.

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|



Revealing and enforcing a numeric-datatype constraint, in this case for the UnitPrice field.

Underlying database definition for numeric-datatype constraint for the UnitPrice field.

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|



Revealing and enforcing a date-datatype constraint, in this case for the ModifiedDate field.

Underlying database definition for date-datatype constraint for the ModifiedDate

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| 3. The method of claim 1, | 3a | *See Ref. 1.1-16, above.*<br><br>*Microsoft itself, through its internal use of Dynamic Data in developing software for itself and its customers, performs the method of Claim 3, and further induces users to use the method by providing Dynamic Data and promoting its use.  The direct infringement in such a case of induced infringement by Microsoft is the user's performing the method of Claim 3 by using Dynamic Data.  Microsoft further contributes to the infringement of Claim 3 by providing the ASP.NET Dynamic Data software module to users.  Microsoft supplies components containing such software modules in the form of tangible media including but not limited to compact discs and DVDs containing the Accused Products, as well as downloads, in which Microsoft makes a server-side tangible copy of Accused Products available for users to copy onto their own tangible media via download, as a result of which the Users then have the patented systems for use in practicing the patented processes.* |
| wherein said relational interdependencies are embodied in referential-integrity constraints within the underlying database. | | *Below is a schema diagram for the underlying database, and thereafter are multiple screens for the Dynamic Data front-end showing the interdependencies.*<br>*Items A, B, and C are noted in the schema diagram and in the following screens.* |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

Patent No. US 7,885,981 / Microsoft Dynamic Data  - Claim Chart

29

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

Patent No. US 7,885,981 / Microsoft Dynamic Data  - Claim Chart

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

Patent No. US 7,885,981 / Microsoft Dynamic Data  - Claim Chart

33

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

Patent No. US 7,885,981 / Microsoft Dynamic Data  - Claim Chart

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| | |  |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| 4. A computer-implemented system for | 4.1 | *When software that performs the method of claim 1 is loaded on a typical user computer, a "system" exists as claimed.  Microsoft itself makes and uses such "systems" via its internal use of Dynamic Data, and further induces users to make and use such "systems" by providing Dynamic Data and promoting its use.  The direct infringement in such a case is the user's loading the software onto a computer (making a system) and the user's use of that system.  Microsoft further contributes to the infringement of Claim 4 by providing the ASP.NET Dynamic Data software module to users.  Microsoft supplies components containing such software modules in the form of tangible media including but not limited to compact discs and DVDs containing the Accused Products, as well as downloads, in which Microsoft makes a server-side tangible copy of Accused Products available for users to copy onto their own tangible media via download, which then becomes a "system" as claimed.* |
| automatically generating an end-user interface for working with the data within a relational database | 4.2 | *See Ref. 1.2, above.* |
| defined within a relational DBMS whose data is stored in machine-readable media and which is accessible to said system, | 4.3 | *See Ref. 1.3, above.*<br><br>*The relational DBMS has data stored on machine-readable media, which is accessible to the computer on which the software that performs the method of claim 1 is loaded.  This accessibility is shown in the discussion above for claim 1, with the relational DBMS being accessed from Dynamic Data.* |
| wherein said relational database comprises a plurality of tables, constraints and relationships in accordance with a data model comprising said tables and their column-complements and datatypes, said constraints, and the relationships across said tables, | 4.4 | *See Ref. 1.4, above.* |
| and wherein said relational database may be of any arbitrary size or complexity, | 4.5 | *See Ref. 1.5, above.* |
| said system comprising a server comprising a processor, said server further comprising: | 4.5a | *See Ref. 1.1, above.*<br><br>*As discussed with respect to 1.1 above, Web applications require servers to function.  The servers comprise a processor and machine-readable media comprising machine-readable routines.* |
| (a) machine-readable routines to provide an output stream for user display and input devices, | 4.6 | *See Ref. 1.6, above.* |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| defining a user interface paradigm comprising a set of modes for interacting with a given database table, | 4.7 | *See Ref. 1.7, above.* |
| said modes comprising create, retrieve, update and delete, | 4.8 | *See Ref. 1.8, above.* |
| and a corresponding display format for each mode; | 4.9 | *See Ref. 1.9, above.* |
| (b) machine-readable routines for scanning said database and applying a body of rules to determine the table structures, constraints and relationships of said data model, | 4.10 | *See Ref. 1.10, above.* |
| and for storing representations thereof; and | 4.11 | *See Ref. 1.11, above.* |
| (c) machine-readable routines for using said representations to construct a corresponding client application, | 4.12 | *See Ref. 1.12, above.* |
| wherein said client application provides a connection to said database, | 4.13 | *See Ref. 1.13, above.* |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| provides displays of the table contents of said database for each of said modes in accordance with the display formats of said paradigm, | 4.14 | *See Ref. 1.14, above.* |
| integrates into each said mode display processes for representing, navigating, and managing said relationships across tables, for selecting among said modes, and for navigating across said tables and interacting in accordance the selected mode with the data in the tables that are reached by said navigation, | 4.15 | *See Ref. 1.15, above.* |
| while observing and enforcing relational interdependencies among data across said tables. | 4.16 | *See Ref. 1.16, above.* |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| 5. A computer-readable storage medium containing a set of instructions for a general purpose computer, for | 5.1 | Software that performs the method of claim 1 is non-transitorily recorded on a machine-readable medium, for example, a CD or DVD for distributing such software, a hard drive of a server from which such software may be downloaded over a network connection for distribution, or the working memory of a computer, on which said software has been loaded for execution. Microsoft itself makes, uses, offers to sell, and sells such computer-readable storage media, and further induces users to make and use such computer-readable storage media by providing Dynamic Data and promoting its use. The direct infringement in such a case is the user's loading of the software onto his or her computer (making) and the user's use of the computer when so loaded (use). |
| automatically generating an end-user interface for working with the data within a relational database, | 5.2 | See Ref. 1.2, above. |
| wherein said relational database comprises a plurality of tables, constraints and relationships in accordance with a data model comprising said tables and their column-complements and datatypes, said constraints, and the relationships across said tables, | 5.3 | See Ref. 1.4, above. |
| and wherein said relational database may be of any arbitrary size or complexity, said set of instructions comprising: | 5.4 | See Ref. 1.5, above. |
| (a) a routine for providing a user interface paradigm comprising a set of modes for interacting with a given database table, | 5.5 | See Ref. 1.7, above. |
| said modes comprising create, retrieve, update and delete, | 5.6 | See Ref. 1.8, above. |
| and a corresponding display format for each mode; | 5.7 | See Ref. 1.9, above. |

| Patent No. US 7,885,981 | Ref. | Microsoft ASP.NET Dynamic Data |
|---|---|---|
| (b) a routine for scanning said database and applying a body of rules to determine the table structures, constraints and relationships of said data model, | 5.8 | *See Ref. 1.10, above.* |
| and for storing representations thereof; and | 5.9 | *See Ref. 1.11, above.* |
| (c) a routine for using said representations to construct a corresponding client application, | 5.10 | *See Ref. 1.12, above.* |
| wherein said client application provides a connection to said database, | 5.11 | *See Ref. 1.13, above.* |
| provides displays of the table contents of said database for each of said modes in accordance with the display formats of said paradigm, | 5.12 | *See Ref. 1.14, above.* |
| integrates into each said mode display processes for representing, navigating, and managing said relationships across tables, for selecting among said modes, and for navigating across said tables and interacting in accordance the selected mode with the data in the tables that are reached by said navigation, | 5.13 | *See Ref. 1.15, above.* |
| while observing and enforcing relational interdependencies among data across said tables. | 5.14 | *See Ref. 1.16, above.* |

**CERTIFICATE OF SERVICE**

On this 23rd day of August, 2016, I certify that I caused a copy of Plaintiff's Disclosure of Asserted Claims and Infringement Contentions to Defendant Microsoft Corporation to be served upon the below-listed counsel of record for Defendant via email.


Dated: August 23, 2016


s/ Ronald Abramson
Ronald Abramson


Leah A. Edelman (LE7384)
edelman@fr.com
Ahmed J. Davis (Pro Hac Vice)
adavis@fr.com
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070

Karolina Jesien (KJ7292)
jesien@fr.com
601 Lexington Avenue, 52nd Floor
New York, New York 10022
Telephone: 212-765-5070

Jason W. Wolff (Pro Hac Vice)
wolff@fr.com
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070