UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>               Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | No. 16-CV-2880-LTS-SN<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM TERMS CHART PURSUANT TO LPR 11 AND REQUEST FOR *MARKMAN* HEARING**

In accordance with the Court's July 27, 2016 Pre-Trial Scheduling Order No. 1 (Dkt. 32), and the Court's October 11, 2016 Order Granting an Extension (Dkt. 35), counsel for Plaintiff Michael Philip Kaufman ("Kaufman") and Defendant Microsoft Corporation ("Microsoft") hereby submit the attached Joint Claim Terms Chart pursuant to LPR 11.

The parties believe that a *Markman* hearing will be required and hereby respectfully request that the Court schedule a *Markman* hearing. The parties estimate that the *Markman* hearing will take approximately three (3) hours.

Dated: October 18, 2016.

/s/ Ronald Abramson
Ronald Abramson
Tel: (212) 822-0163
Email: ronald.abramson@lewisbaach.com
David G. Liston
Ari J. Jaffess
Alex G. Patchen
**LEWIS BAACH pllc KAUFMANN MIDDLEMISS**
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, New York 10174

*Attorneys for Plaintiff*

**FISH & RICHARDSON P.C.**

By:   */s/ Leah A. Edelman*

Leah A. Edelman (LE7384)
edelman@fr.com
Ahmed J. Davis (*Pro Hac Vice*)
adavis@fr.com
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070

Karolina Jesien (KJ7292)
jesien@fr.com
601 Lexington Avenue, 52nd Floor
New York, New York 10022
Telephone: 212-765-5070

Jason W. Wolff (*Pro Hac Vice*)
wolff@fr.com
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

*Attorneys for Defendant Microsoft Corporation*

2