UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MICHAEL PHILIP KAUFMAN,

       Plaintiff,

-v-                              No. 16-CV-2880-LTS-SN

MICROSOFT CORPORATION,

       Defendant(s).

--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-24-2016

ORDER

       The <u>Markman</u> hearing in the above-captioned matter will be held on **February 16, 2017**, at **9:30 a.m.**

Dated: New York, New York
       October 21, 2016

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge
