17. <u>Compulsory Disclosure to Third Parties</u>

If any receiving party is subpoenaed in another action or proceeding or served with a document or testimony demand or a court order, and such subpoena or demand or court order seeks CONFIDENTIAL INFORMATION, CONFIDENTIAL INFORMATION – ATTORNEYS EYES ONLY, or CONFIDENTIAL INFORMATION – SOURCE CODE of a producing party, the receiving party shall give prompt written notice to counsel for the producing party and allow the producing party an opportunity to oppose such subpoena or demand or court order prior to the deadline for complying with the subpoena or demand or court order. No compulsory disclosure to third parties of information or material exchanged under this Protective Order shall be deemed a waiver of any claim of confidentiality, except as expressly found by a court or judicial authority of competent jurisdiction.

18. <u>Jurisdiction to Enforce Protective Order</u>

After the termination of this action, the Court will continue to have jurisdiction to enforce this Protective Order.

19. <u>Modification of Protective Order</u>

This Protective Order is without prejudice to the right of any person or entity to seek a modification of this Protective Order at any time either through stipulation or Order of the Court.

20. <u>Confidentiality of Party's Own Documents</u>

Nothing herein shall affect the right of the designating party to disclose to its officers, directors, employees, attorneys, consultants or experts, or to any other person, its own information. Such disclosure shall not waive the protections of this Protective Order and shall not entitle other parties or their attorneys to disclose such information in violation of it, unless by

such disclosure of the designating party the information becomes public knowledge. Similarly, the Protective Order shall not preclude a party from showing its own information, including its own information that is filed under seal by a party, to its officers, directors, employees, attorneys, consultants or experts, or to any other person.

Dated: October 14, 2016

LEWIS BAACH pllc KAUFMANN MIDDLEMISS

By: _____
Ronald Abramson

Attorneys for Plaintiff
MICHAEL PHILIP KAUFMAN

Dated: October 14, 2016

FISH & RICHARDSON P.C.

By: _____
Leah A. Edelman (LE7384)

Attorneys for Defendant
MICROSOFT CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Oct. 21, 2016

_____
Hon. Laura Taylor Swain
United States District Court
Sarah Netburn, USMJ

See modification to para. 7(c).

26

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 16-CV-02880-LTS |

　　　　I, _____, am employed by _____. I am a United States citizen or permanent resident of the United States of America. In connection with this action, I am:

_____　　a director, officer or employee of _____ who is directly assisting in this action;

_____　　have been retained to furnish technical or other expert services or to give testimony (a "TECHNICAL ADVISOR");

_____　　Other Qualified Recipient (as defined in the Protective Order) (Describe:_____).

　　　　I have read, understand and agree to comply with and be bound by the terms of the Protective Order in the matter of Michael Philip Kaufman v. Microsoft Corp., Civil Action No. 16-CV-02880-LTS, pending in the United States District Court for the Southern District of New York. I further state that the Protective Order entered by the Court, a copy of which has been given to me and which I have read, prohibits me from using any PROTECTED

INFORMATION, including documents, for any purpose not appropriate or necessary to my participation in this action or disclosing such documents or information to any person not entitled to receive them under the terms of the Protective Order. To the extent I have been given access to PROTECTED INFORMATION, I will not in any way disclose, discuss, or exhibit such information except to those persons whom I know (a) are authorized under the Protective Order to have access to such information, and (b) have executed a Disclosure Agreement. I will not access or take any PROTECTED INFORMATION outside of the United States of America. I will return, on request, all materials containing PROTECTED INFORMATION, copies thereof and notes that I have prepared relating thereto, to counsel for the party with whom I am associated.

    I agree to be bound by the Protective Order in every aspect and to be subject to the jurisdiction of the United States District Court for the Southern District of New York and the laws of the United States of America for purposes of its enforcement and the enforcement of my obligations under this Disclosure Agreement. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signed by Recipient

_____
Name (printed)

Date: _____