**Lewis Baach Kaufmann Middlemiss PLLC**

USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/17

Ronald Abramson
212 822 0163
ronald.abramson@lbkmlaw.com

*The status conference is adjourned to July 7, 2017 at 10 a.m.*

*SO ORDERED.*

/s/ Alvin K. Hellerstein
6/27/17

June 27, 2017

**VIA FAX**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kaufman v. Microsoft Corporation, 16-cv-2880 (AKH)
    Joint Letter Requesting Adjournment of June 30, 2017 Status Conference

Dear Judge Hellerstein:

Plaintiff Michael Philip Kaufman requests that the Court adjourn the status conference scheduled for June 30, 2017 (Dkt. No. 55) due to pre-existing engagements of Mr. Kaufman's counsel on that date. Defendant Microsoft Corporation consents to Plaintiff's request for adjournment.

There have been no previous requests to adjourn this status conference. The Parties are available for the status conference on July 6, 7, 11 or 12, or other dates that would be convenient to the Court.

According to Judge Swain's Pretrial Scheduling Order (Dkt. No. 32) and related rulings, the Parties are scheduled to appear before the Court on July 25, 2017 for the *Markman* hearing. It is the understanding of the Parties that adjournment of the status conference would not affect any dates in the Pretrial Scheduling Order, including the *Markman* hearing, however, the Parties respectfully request further instruction if pretrial events, including the *Markman* hearing, conflict with the Court's schedule.

Sincerely,

/s/ Ronald Abramson
Ronald Abramson

cc: Counsel of Record