U.S. Patent No. 7,885,981 – Joint Claim Terms Chart

| | Claim Language | Asserted Claim(s) | Parties' Proposed Construction[1] | Court's Construction |
|---|---|---|---|---|
| [1-2] | database | All | An organized collection of data. | |
| [1-3] | relational database | All | **Kaufman**<br>A database with multiple tables, in which rows from one table may be related to rows from another table through common data values in a specified column from each table.<br><br>**Microsoft**<br>A database having multiple tables where a relationship specifies how a field in one table relates to a field in another. | |

---

[1] Consistent with the Court's instructions at the November 16, 2017 hearing, the parties have identified for construction a subset of the terms originally presented in the August 30, 2017 Joint Claim Terms Chart (D.I. 60-1). Based on their earlier meet and confer, the parties agreed that no construction is necessary for Term No. 1 ("wherein said relational database may be of any arbitrary size or complexity"), meaning that plain and ordinary meaning applies. Further, based on the November 16, 2017 hearing, the Court found that no construction is necessary for Term No. 2 ("automatically generating"). Microsoft further seeks to preserve its position with regard to § 112.

U.S. Patent No. 7,885,981 – Joint Claim Terms Chart

| | Claim Language | Asserted Claim(s) | Parties' Proposed Construction[1] | Court's Construction |
|---|---|---|---|---|
| [3-1] | user interface paradigm | All | <u>Kaufman</u><br><br>A pattern or model for interacting with a given type of computer program.<br><br><u>Microsoft</u><br><br>A model specifying how a user interacts with a computer program. | |
| [3-2] | mode | All | <u>Kaufman</u><br><br>A manner of interacting with a computer program to accomplish a given type of task.<br><br><u>Microsoft</u><br><br>A manner of interacting with a computer program to accomplish a given task. | |
| [3-4] | interacting | All | Conducting input and output between a human and a computer. | |

U.S. Patent No. 7,885,981 – Joint Claim Terms Chart

| | Claim Language | Asserted Claim(s) | Parties' Proposed Construction[1] | Court's Construction |
|---|---|---|---|---|
| [3-5] | database table | All | **Kaufman**<br>A structure of rows and columns which represents a particular type of thing, where each row represents an individual thing of that type, and the columns define attributes that can be set or changed for each thing.<br><br>**Microsoft**<br>A collection of data about a subject arranged in columns and rows, where the columns (fields) identify characteristics for the subject of the table, and rows (records) represent data values for each field for an instance of that subject. | |
| [3-6] | "create" mode | All | A mode of user interaction through which a user may insert a new record (row) into a database table. | |
| [3-7] | "retrieve" mode | All | **Kaufman**<br>A mode of user interaction through which a user may call up one or more records from the database.<br><br>**Microsoft**<br>A mode of user interaction through which a user requests one or more records from a database table. | |

**U.S. Patent No. 7,885,981 – Joint Claim Terms Chart**

| | Claim Language | Asserted Claim(s) | Parties' Proposed Construction[1] | Court's Construction |
|---|---|---|---|---|
| [3-8] | "update" mode | All | A mode of user interaction through which a user may modify (edit) the data within a record of a database table. | |
| [3-9] | "delete" mode | All | A mode of user interaction through which a user may eliminate a record from a database table. | |
| [3-10] | "display format" | All | A screen or window layout. | |
| [5] | representing ... said relationships across tables | All | <u>Kaufman</u><br><br>Visually representing the existence of relationships between data records in different tables.<br><br><u>Microsoft</u><br><br>No construction necessary; alternatively, visually showing there is a relationship between one table and another. | |

**U.S. Patent No. 7,885,981 – Joint Claim Terms Chart**

| | Claim Language | Asserted Claim(s) | Parties' Proposed Construction[1] | Court's Construction |
|---|---|---|---|---|
| [6] | navigating ... said relationships across tables | All | <u>Kaufman</u><br><br>Moving from the display of a data record in one table to displays of related (corresponding) data records in other tables.<br><br><u>Microsoft</u><br><br>No construction necessary; alternatively, moving between a screen or window for one table and another related table. | |
| [7] | managing ... said relationships across tables | All | <u>Kaufman</u><br><br>Facilitating and constraining the insertion or modification of data records so that only valid references to existing related-table records are allowed.<br><br><u>Microsoft</u><br><br>No construction necessary; alternatively, managing the relationship between one table and another. | |

U.S. Patent No. 7,885,981 – Joint Claim Terms Chart

| | Claim Language | Asserted Claim(s) | Parties' Proposed Construction[1] | Court's Construction |
|---|---|---|---|---|
| [8] | providing an output stream from said server, for user display and input devices | All | **Kaufman**<br><br>Providing an output stream from the server to display information and provide visual elements that accept user input via devices such as keyboards and mice.<br><br>**Microsoft**<br><br>No construction necessary; alternatively, sending a stream of data from a server for a user display device and a user input device. | |