ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/18

TO:     Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy          Date: 2/13/18
        by Order of Judge Alvin K. Hellerstein

Re: Michael Philip Kaufman v. Microsoft Corp. - 16 Civ. 2880 (AKH)

You are hereby notified that you are required to appear for a markman hearing.

        Date:  February 27, 2018
        Time:  11:00 a.m.
        Place: U.S. Courthouse - Southern District of New York
               500 Pearl Street
               Courtroom 14D
               New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*
2-13-18