**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/18

Ronald Abramson
212 822 0163
ronald.abramson@lbkmlaw.com

December 5, 2018

**VIA FAX: 212-805-7942**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten note: A status conf will be held Dec. 14, 2018, 10:00 a.m. The parties shall recommence firm, non-adjournable dates for all other leading to the conclusion of fact discovery. 12-6-18 /s/ Hellerstein]*

Re: Kaufman v. Microsoft Corporation, 16-cv-2880 (AKH)

Dear Judge Hellerstein:

Plaintiff Michael Philip Kaufman ("Kaufman") and Defendant Microsoft Corporation ("Microsoft") jointly ask the Court to adjourn the upcoming settlement and status conferences scheduled for this Thursday, December 6,[1] and Friday, December 7, respectively. This adjournment is necessitated because the parties agree that a more productive settlement conference may be possible 1) after the resolution of ongoing issues concerning the completion of fact discovery, which had been ordered to conclude by November 16; and 2) by the participation in those discussions, after resolution of the outstanding fact discovery issues discussed below, by certain of Kaufman's retained experts, who have a conflict on December 6.

The outstanding fact discovery issues concern (i) certain "telemetry" data regarding usage of certain menu options in an alleged infringing product, which Kaufman contends bear on damages, and which Microsoft has acknowledged became unavailable during the pendency of this case,[2] and (ii) the further development that Microsoft's counsel recently advised Kaufman's counsel that it discovered an unprocessed set of approximately 100,000 pages of Microsoft documents potentially responsive to Kaufman's document requests, which Microsoft has not yet produced, but will produce by December 17.

Kaufman currently intends to move for a limited extension of fact discovery as to the latter issue (belated production) and reserves all rights regarding any additional relief on both

---

[1] The court-ordered settlement conference at Kaufman's attorneys' office was originally ordered to take place on November 29. To coincide with Microsoft's travel to NYC for the Status Conference on December 7, Kaufman agreed to Microsoft's request to move the settlement conference to December 6, 2018.
[2] Microsoft has been searching for the telemetry data in alternate locations since at least November 15, but as of today's date has been unable to find such data.

**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

Hon. Alvin K. Hellerstein
December 5, 2018
Page 2

issues.[3] However, the parties continue to meet and confer regarding a mutual agreement on these issues.

In view of these developments, the parties contemplate:

(a) for Microsoft to produce the new set of responsive documents to Kaufman no later than December 17,

(b) for Kaufman to review Microsoft's new production and ascertain the scope of additional fact discovery necessitated thereby, and

(c) for the parties to meet and confer and propose dates for completion of such additional fact discovery, new dates for settlement and status conferences, and any motions to be made concerning discovery issues.

Upon Kaufman's review of Microsoft's additional production, the parties propose to submit a further joint letter updating the Court on the status of these issues; what, if any, relief Kaufman intends to seek; and to propose new dates for the settlement and status conferences. Based on the December 17 date that Microsoft has proposed completion of its further production, the parties believe they can submit this further joint letter by December 28.

We thank the Court for considering the above.

Respectfully submitted,

*/s/ Ronald Abramson*

Ronald Abramson

cc: Counsel of Record (via email)

---

[3] Unrelated to production issues (i) and (ii), Microsoft agreed that Mr. Kaufman may take the deposition of its employee, Shane Groff after the close of fact discovery relating to a declaration he produced on October 29.

NEW YORK    WASHINGTON    LONDON    BUENOS AIRES
lbkmlaw.com