ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/19

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy        Date: 1/16/19
by Order of Judge Alvin K. Hellerstein

Michael Philip Kaufman v. Microsoft Corporation - 16 Civ. 2880(AKH)

The ~~initial pre-trial~~ status conf. previously set for 1/18/19 is hereby adjourned.

You are hereby notified that you are required to appear for an ~~initial pre-trial~~ status conference.

Date: January 25, 2019
Time: 10:00 a.m.
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

/s/ Alvin K. Hellerstein
1-16-19