# LISTON ABRAMSON

The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, New York 10174

New York Office
Main: (212) 257-1630
www.listonabramson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/19

So ordered
10-23-19
/s/ AK Hellerstein

October 22, 2019

**VIA FAX: 212-805-7942**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kaufman v. Microsoft Corporation, 16-cv-2880 (AKH)

Dear Judge Hellerstein:

Plaintiff Michael Philip Kaufman ("Kaufman") and Defendant Microsoft Corporation ("Microsoft") jointly submit this letter to advise the Court of the parties' agreed-upon schedule for motion practice in advance of the upcoming trial, which is scheduled to begin on January 21, 2020.

The parties have agreed upon the following schedule, under which all motions requiring the Court's attention before the start of trial will be fully briefed in advance of the Final Pretrial Conference, which is scheduled for January 7, 2020:

| Date | Event Description |
| --- | --- |
| October 23, 2019 | Parties to serve any motions for summary judgment or *Daubert* motions |
| November 14, 2019 | Oppositions to motions for summary judgment or *Daubert* motions |
| November 26, 2019 | Reply briefs in further support of motions for summary judgment or *Daubert* motions |
| December 9, 2019 | Parties to serve any motions *in limine* |
| December 23, 2019 | Oppositions to motions *in limine* |

Respectfully submitted,

*/s/ Ronald Abramson*

Ronald Abramson

cc: Counsel of Record (via email)

Liston Abramson LLP