**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MICHAEL PHILIP KAUFMAN**,

*Plaintiff,*

v.

**MICROSOFT CORPORATION,**

*Defendant.*

Civil Action No.:
1:16-cv-02880-AKH

---

**PLAINTIFF'S NOTICE OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that plaintiff Michael Philip Kaufman ("Plaintiff" or "Kaufman"), by his undersigned attorneys, respectfully moves this Court at a date and time to be set by the Court, for an order permitting Plaintiff to file under seal unredacted versions of the following documents:

1) Memorandum of Law in Support of Plaintiff's Motion to Exclude Expert Testimony of Dr. Jeffery Stec Regarding Litigation Settlement; and

2) Exhibits A and B of the Declaration of Ronald Abramson in Support of Plaintiff's Motion to Exclude Expert Testimony of Dr. Jeffery Stec Regarding Litigation Settlement and Exhibits attached thereto.

This motion is based on the accompanying Memorandum of Law in Support of Plaintiff's Motion to File Under Seal and Declaration of Ronald Abramson. A proposed order is attached hereto. As detailed in the accompanying memorandum of law, these documents contain confidential information of Defendant Microsoft Corporation that has asserted should be filed under seal.

Dated: October 23, 2019     Respectfully submitted,

<u>/s/ Ronald Abramson</u>
Ronald Abramson
Tel: (212) 257-1643
Email: ron.abramson@listonabramson.com
David G. Liston
Ari J. Jaffess
Alex G. Patchen
**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, New York 10174

*Attorneys for Plaintiff*
*Michael Philip Kaufman*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of October, 2019, a true and correct copy of the foregoing document entitled PLAINTIFF'S NOTICE OF MOTION TO FILE UNDER SEAL was electronically filed with the Clerk of the Court using the CM/ECF system, which constitutes service to all attorneys of record, pursuant to L. Civ. R. 5.2(a).

/s/ Ronald Abramson
Ronald Abramson