UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
MICHAEL PHILIP KAUFMAN,

       Plaintiff,

 -against-

MICROSOFT CORPORATION

       Defendant.

------------------------------------------------------------- x

**ORDER**

16 Civ. 2880 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2020

ALVIN K. HELLERSTEIN, U.S.D.J.:

  At the final pretrial conference, scheduled for January 16, 2020 at 11:00 a.m., counsel should be prepared to argue the pending summary judgment motion. Following argument, the Court will proceed with the final pretrial conference.

  SO ORDERED.

Dated: New York, New York
    January 14, 2020

_____
ALVIN K. HELLERSTEIN
United States District Judge

1