USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Michael Philip Kaufman,

                Plaintiff,

16 CIVIL 2880 (AKH)

-against-

**JUDGMENT**

Microsoft Corp.

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, the jury having rendered a verdict that Plaintiff Michael Philip Kaufman have judgment in the sum of $7,000,000.00 as against the defendant Microsoft Corp.

**DATED:** New York, New York
           February 24, 2020

**RUBY J. KRAJICK**

**So Ordered:**

                                  Clerk of Court

                          BY:

U.S.D.J.
                                  Deputy Clerk

# Extract of Minutes

**United States District Court**
**Southern District of New York**

------------------------------------------------------- x

Michael Philip Kaufman

                Plaintiff(s)

     V.

Microsoft Corp.

                Defendant(s)

-------------------------------------------------------x

16 Civ. 2880

**Docket #**

Alvin K. Hellerstein

**Judge**

( full title of case required, use other side if necessary)

**Appearences :** ( PLEASE INCLUDE FIRM NAME & TELEPHONE NUMBER)

**Plaintiff :** Michael Philip Kaufman
LISTON ABRAMSON LLP ; RONALD ABRAMSON, ALEX GREGG PATCHEN ,ARI JASON JAFFESS
Liston Abramson LLP The Chrysler Building 405 Lexington Avenue, 46th Floor New York, NY 10174 ( ) 212-257-1630

**Defendant :** Microsoft Corp.
FISH & RICHARDSON P.C. ; AHMED JAMAL DAVIS, JOHN STEPHEN GOETZ ,JASON WILLIAM WOLFF
Fish & Richardson P.C. (DC) 1000 Maine Ave SW, Suite 1000 Washington, DC 20024 202-783-5070 ( ) 202-783-5070

**TRIAL:** ( JURY) (NON-JURY) **BEGUN :** 1/27/20, 1/28/20, 1/29/20, 1/30/20, 2/3/20, 2/4, 2/5, 2/6/20
(DATE)

The jury finds for the plaintiff in the amount of $7,000,000.00

**CLERK**        Brigitte Jones

**COURT REPORTER**   Lisa Smith, Martha Martin