# United States Court of Appeals for the Federal Circuit

---

**MICHAEL PHILIP KAUFMAN,**

*Plaintiff-Cross-Appellant*

v.

**MICROSOFT CORPORATION,**

*Defendant-Appellant*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 20 2022

2021-1634, 2021-1691

---

Appeals from the United States District Court for the Southern District of New York in No. 1:16-cv-02880-AKH, Judge Alvin K. Hellerstein.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART AND REVERSED IN PART**

FOR THE COURT

May 20, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court