USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 01 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL PHILIP KAUFMAN,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. 1:16-CV-02880-AKH

---

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the twenty-fourth (24th) day of February, 2020, in favor of Michael Philip Kaufman ("Kaufman") and against Microsoft Corporation ("Microsoft"), and Microsoft has paid Kaufman the amount of $10,000,000.00, which comprises the full and exclusive payment in satisfaction of (1) the verdict of $7,000,000.00, (2) all applicable costs, (3) all pre-judgment interest; and (4) all post-judgment interest. Said judgment with interest and costs thereon having been fully paid, it is hereby certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and

directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 30, 2022

                                        Respectfully submitted,

                                        Ronald Abramson
                                        Tel: (212) 257-1630
                                        Email:ron.abramson@listonabramson.com
                                        David G. Liston
                                        Ari J. Jaffess
                                        Alex G. Patchen
                                        **LISTON ABRAMSON LLP**
                                        The Chrysler Building
                                        405 Lexington Avenue, 46th Floor
                                        New York, New York 10174

                                        *Attorneys for Plaintiff Michael Philip Kaufman*

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

On this 30th day of June, 2022 before me personally came Ronald Abramson, to me known and known to be a member of the firm of Liston Abramson LLP, attorneys for the Plaintiff, Michael Philip Kaufman in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment, and acknowledged to me that he executed the same.

Mohan D. Butani
Notary Public, State of New York
Registration No. 01BU6266896
Qualified in New York County
Commission Expires August 06, 2024

_____
Notary Public