UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
MICHAEL PHILIP KAUFMAN,                                       :        **<u>ORDER CLOSING CASE</u>**
                                                              :
                                        Plaintiff,            :        16 Civ. 2880 (AKH)
                                                              :
         -against-                                            :
                                                              :
MICROSOFT CORPORATION                                         :
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On July 1, 2022, the parties submitted a Satisfaction of Judgment (ECF No. 277).

Accordingly, the Clerk of the Court shall close the case.

         SO ORDERED.

Dated:        July 13, 2022                         _____/s/ Alvin K. Hellerstein_____
              New York, New York                         ALVIN K. HELLERSTEIN
                                                         United States District Judge